43 A.3d 1162

IN THE MATTER OF CONSTANTINE BARDIS, AN ATTORNEY AT LAW (ATTORNEY NO. 037561998).

June 7, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–370, concluding that **CONSTANTINE BARDIS** of **LAKE COMO,** who was admitted to the bar of this State in 1999, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation of client trust funds), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), and *RPC* 5.3(b) (failure to supervise a nonlawyer employee);

And the Court having determined from its review of the matter that an admonition is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **CONSTANTINE BARDIS** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.